## Commonwealth *v.* Harrell, Appellant.

■ Argued December 3, 1973. *D. M. Masciantonio,* for appellant; *James Garrett,* Assistant District Attorney, with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Harris, Appellant.

 Argued December 10, 1973. *A. Martin Herring,* with him *Teitelman and Herring,* for appellant; *Albert L. Becker,* Assistant District Attorney, *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.